ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| KCorp Support Services, Inc. | ) ASBCA No. 62802 |
| | ) |
| Under Contract No. W58RGZ-16-D-0019 | ) |

APPEARANCES FOR THE APPELLANT:  Johnathan M. Bailey, Esq.
                Kristin E. Zachman, Esq.
                 Bailey & Bailey, P.C.
                 San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
                 Army Chief Trial Attorney
                MAJ Nichole M. Venious, JA
                MAJ Michael R. Tregle, Jr., JA
                 Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 3, 2022

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62802, Appeal of KCorp Support Services, Inc., rendered in conformance with the Board's Charter.

Dated: March 3, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals